UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR., | CASE NO. C20-1004 RSM |
| Petitioner, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. | |
| WASHINGTON STATE PAROLE BOARD, et al., | |
| Respondents. | |

This matter is before the Court on a Report and Recommendation ("R&R") of the Honorable Brian A. Tsuchida, Chief United States Magistrate Judge. Dkt. #2. That R&R notes that Petitioner is a bar-order litigant and that a prior order of this Court mandates the "return without filing of any petition by [Petitioner] that seeks an extraordinary writ pursuant to 28 U.S.C. § 1651, 2253, or 2254, unless accompanied by the filing fee." *Id.* at 1 (citing *Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13, 1997)). Because Petitioner sought to proceed *in forma pauperis* and did not pay the filing fee, Judge Tsuchida advised that the Court should direct the matter administratively closed, mooting any pending motions. *Id.* The R&R indicated that it should be noted "as ready for the District Judge's immediate consideration on July 1, 2020." *Id.* at 2.

ORDER – 1

On July 9, 2020, Petitioner filed an "Objection to the 7-1-2020 Report and Recommendation." Dkt. #3. Petitioner's objection, however, merely takes issue with the possibility that this Order could have been entered before Petitioner had an opportunity to respond. *Id.* Though Plaintiff was afforded an opportunity to respond, he has presented no substantive objections to Judge Tsuchida's recommendation.

Accordingly, and having considered the Report and Recommendation, Petitioner's objections, and the remainder of the record, the Court finds and ORDERS:

1. The Court ADOPTS the Report and Recommendation (Dkt. #2).

2. The Clerk shall administratively CLOSE this matter and STRIKE any pending motions as moot. *See Demos v. Stanley*, MC97-31-JLW (W.D. Wash. Mar. 13, 1997).

3. The Clerk is directed to send copies of this Order to Petitioner and to Judge Tsuchida.

Dated this 13th day of July, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 2